```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs.  PAULA MARIE ROBERDS      CASE NO. 3:05-cr-00076-07 RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           ROBIN M. CARTER

UNITED STATES' ATTORNEY:         FRANK RUSSO

DEFENDANT'S ATTORNEY:            T. BURKE WONNELL - APPOINTED

U.S.P.O.:                        CHRIS LIEDIKE

PROCEEDINGS: ARRAIGNMENT ON 3RD SUPERSEDING INDICTMENT
             HELD 1/31/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:36 p.m. court convened.

X Copy of 3RD Superseding Indictment given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X Defendant stated true name: same as above        Age: 21

X Financial Affidavit **FILED.**
   X Federal Public Defender to appoint CJA counsel; FPD notified.

X PLEA: Not guilty to count 3 of the 3rd Superseding Indictment

X Defendant detained/Detention Hearing set for **February 3, 2006 at 3:00 p.m.**  Order of Temporary Detention **FILED.**

X Pretrial motions due **February 13, 2006**; Order for the Progression of a Criminal Case **FILED.**

X Counsel advised of trial date: **April 10, 2006**

At 3:45 p.m. court adjourned.

DATE:  January 31, 2006      DEPUTY CLERK'S INITIALS:  rc