AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>PAULA MARIE ROBERDS | **WARRANT FOR ARREST** -07<br><br>CASE NUMBER: 3:05-cr-00076-RRB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest PAULA MARIE ROBERDS and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense): MAINTAINING A DRUG INVOLVED PREMISES, Count 3.

in violation of Title 21 United States Code, Section(s) 856(a)(1), (b)

| | |
|---|---|
| Ida Romack<br>Name of Issuing Officer | Clerk of Court<br>Title of Issuing Officer |
| by *[signature]* Deputy Clerk<br>Signature of Issuing Officer | January 18, 2006, at Anchorage, Alaska<br>Date and Location |
| Bail Fixed at $ to be determined | by Magistrate Judge John D. Roberts |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at: ____

Anchorage, AK by DEA

| DATE RECEIVED<br>1/20/06 | NAME AND TITLE OF ARRESTING OFFICER<br>US Marshal, DAK<br>Randy M. Johnson | SIGNATURE OF ARRESTING OFFICER<br>by: *[signature]* |
|---|---|---|
| DATE OF ARREST<br>1/30/06 | | |