**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> BRYON WILLIAMS, et al </u>

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                    CASE NO. <u>3:05-cr-00076-RRB</u>

<u> CAROLYN BOLLMAN </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 14, 2006</u>

     Defendant Bryon Williams, has filed a Motion to Continue Trial by Jury at Docket 138.  A Trial Scheduling Conference in the above matter will be held on Friday, February 24, 2006 at 9:00 a.m. in Courtroom 2, U.S. Courthouse and Federal Building, Anchorage, Alaska.

[]{IA.WPD*Rev.12/96}