T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-CR-76-7 RRB |
| ) | |
| Plaintiff, ) | |
| ) | **JOINDER IN DEFENDANT** |
| vs. ) | **RODERICK WILLIAMS MOTION** |
| ) | **TO SUPPRESS EVIDENCE ON** |
| PAULA MARIE ROBERDS, ) | **SHORTENED TIME** |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW Defendant Paula Marie Roberds, by and through undersigned counsel, and, pursuant to the Court's order of April 20, 2006, hereby joins Defendant Roderick Williams' Motion To Suppress Evidence at docket 234.

RESPECTFULLY SUBMITTED this 20th day of April, 2006.

    T. BURKE WONNELL
    CJA Attorney for Paula Roberds


    s/ T. Burke Wonnell_____
    2600 Denali St. Suite 460
    Anchorage, AK 99503
    Phone: (907)276-8008
    Fax: (907)278-8571
    E-mail: tburkewonnell@alaska.net
    AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were served by electronic mail on:

Frank V. Russo
F. Richard Curtner
D. Scott Dattan
Herbert A. Viergutz
David R. Weber
Lance C. Wells

this 20th day of April, 2006.

/s T. Burke Wonnell_____
T. Burke Wonnell