```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  PAULA MARIE ROBERDS      CASE NO. 3:05-cr-00076-07-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE:             JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:            ROBIN M. CARTER

UNITED STATES' ATTORNEY:          LARRY CARD

DEFENDANT'S ATTORNEY:   BURKE WONNELL - PREVIOUSLY APPOINTED

U.S.P.O.:                         BARBARA BURTON

PROCEEDINGS: ARRAIGNMENT ON FOURTH SUPERSEDING INDICTMENT
             HELD 05/18/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:19 a.m. court convened.

X Copy of 4th Superseding Indictment given to defendant; read.

X Defendant advised of charges and penalties.

X PLEA: Not guilty to count 3 of the 4th Superseding Indictment.

X OTHER: Court and counsel heard re motion to severe.  Detention conditioned as previously set.

At 10:24 a.m. court adjourned.

DATE: May 18, 2006              DEPUTY CLERK'S INITIALS:   rc