T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-CR-76-7 RRB |
| ) | |
| Plaintiff, ) | **RENEWED MOTION AND** |
| ) | **MEMORANDUM FOR RELIEF FROM** |
| vs. ) | **PREJUDICIAL JOINDER** |
| ) | |
| PAULA MARIE ROBERDS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW Defendant Paula Marie Roberds, by and through undersigned counsel, and hereby renews her Motion For Relief From Prejudicial Joinder filed February 13, 2006. The Fourth Superseding Indictment, although adding Counts against co-defendants, is not materially different with respect to Roberds. The government previously recommended that the Court postpone its decision on Roberds' severance motion because it had evidence that she was involved in the conspiracy outlined in Count 1. Nevertheless, after returning to the Grand Jury for a fourth time, Roberds is not named in the conspiracy count. The evidence of this separate crime allegedly committed by her co-defendants would not be admissible against Roberds at a severed trial. Such evidence would mislead a jury as to Roberds'

charge, and would have a high probability of confusing the issues for the jury.  Roberds' charge clearly warrants a separate trial, which would not consume much of the Court's time.  Roberds' motion is ripe, and ought to be granted at this point.

    RESPECTFULLY SUBMITTED this 18th day of May, 2006.

<u>s/T. Burke Wonnell</u>
2600 Denali St., Suite 460
Anchorage, AK  99503
Phone:  907.276.8008
Fax:  907.278.8571
Email:  tburkewonnell.alaska.net
AK Bar No:9610049

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that true and correct copies
of the foregoing were served by electronic mail on:

Larry D. Card
F. Richard Curtner
D. Scott Dattan
Herbert A. Viergutz
David R. Weber
Lance C. Wells

this 18th day of May, 2006.

_____/s/_____
T. Burke Wonnell