DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar #: 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>PAULA M. ROBERDS,<br><br>  Defendant. | ) Case No. 3:05-00076-07-RRB-JDR<br>)<br>)<br>)<br>)<br>) SUPPLEMENTAL RESPONSE TO<br>) MOTION FOR RELIEF FROM<br>) PREJUDICIAL JOINDER AND<br>) FOR SEVERANCE<br>)<br>)<br>)<br>) |

   COMES NOW the United States of America, by and through its undersigned

counsel, and hereby submits its supplemental response to defendant's renewed

motion for relief from prejudicial joinder and severance, filed at dockets 161 and

295, respectively.  The defendant had previously moved pursuant to Fed. R. Criminal Procedure 14, and she renews her motion to sever her trial from those of her co-defendants based on *United States v. Bruton*, 391 U.S. 123 (1968). Additionally, the defendant previously and again has argued for severance based on the theory that a joint trial would be prejudicial to her individual interests.

In the defendant's renewed motion, she has asserted that first of all, she is not named in the conspiracy indictment.  Second, she argues that the evidence of the conspiracy count against the co-defendants would not be admissible against her at in a severed trial.  The defendant has not identified the purported *Bruton* problems with any co-defendant's post-arrest statements, and all of the discovery was provided to her by the government.

**Defendant 's  Motion For Relief From Prejudicial Joinder Should Be Denied**

The defendant has correctly stated the law of prejudicial joinder in the Ninth Circuit on page 2 of the original motion citing *U.S. v Douglas,* 780 F.2d 1472, 1478 (9th Cir. 1986).  The government is unaware of any *Bruton* issues in the defendant's case.  Moreover, merely because *all* of the evidence against her co-defendants is not admissible against her there is no reason to sever her trial from that of the co-defendant in Count 7 (Roderick Williams) or any other of the defendants.  If that were the case, there would never be any joint trials of common

issues and defendants.

The trial court must weigh claims of case specific prejudice against such factors as docket congestion, conservation of judicial and other resources, and inconvenience to witnesses and jurors. Case specific problems include antagonistic defenses (of various types); co-defendant confessions (*Bruton*); a bonafide need for exculpatory co-defendant testimony; the need for the defendant to testify only as to some, but not all, of the charged offenses; and the rare case of cumulative prejudice due to the nature of individual offenses when considered in combination against a single defendant. Severance motions should be granted only when joinder presents a serious risk that a specific right of a defendant would be compromised or when the jury would be prevented from making a reliable judgment. *Zafrio v. United States, 506 U.S. 534 (1993).*

Applying the foregoing the defendant's case, there has been an insufficient showing of prejudicial joinder to justify the court's severing Ms. Roberd's trial from that of the other defendants. The government is not aware of any statements of any co-defendants, past or present who will not take the stand to testify under oath regarding the defendant's charge. If the facts are viewed as a balancing of interests, the balance is clearly in favor of not severing Ms. Roberd's case from that of the other defendants on the basis of it being prejudically joined. the

defendant's motion should be denied.

RESPECTFULLY SUBMITTED this 24th day of May, 2006 in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Lawrence D. Card
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: larry.card@usdoj.gov
> Alaska Bar No. 8011068

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on May 24, 2006, via:

(X) Electronic case filing notice

T. Burke Wonnell, Esq.

s/Lawrence D. Card_____