# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>(01) BYRON WILLIAMS,<br>(02) LATONYA STUCKEY,<br>(03) KELVIN WASHINGTON,<br>**(04) RODERICK ONDRA WILLIAMS**,<br>(05) MARIE INEZ HASAN-LOMAX,<br>(06) TANYA E. CHAISON and<br>**(07) PAULA MARIE ROBARDS**,<br>(08) SHIRLEE ANN KAKARUK,<br><br>Defendant. | 3:05-cr-00076 (RRB) (JDR)<br><br>**<u>FINAL RECOMMENDATION REGARDING MOTIONS TO SUPPRESS</u>**<br><br>(Docket Entries 234, 254 & 256) |

In a recommendation filed May, 19, 2006, at Docket No. 297, I advised that defendants' Motions to Suppress Evidence be denied. Defendant Williams timely filed objections at Docket No. 315. The government did not file a response. After careful review of the objections, I decline to modify the original

recommendation.  Accordingly, this matter will be forwarded to the assigned district judge for determination.

DATED this 6th day of June, 2006 at Anchorage, Alaska.


    /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge

3-05-cr-00076-04-RRB-JDR WILLIAMS, R & ROBERDS @234, 254, 256 FINAL RR Mtns to Suppress.wpd    2

FINAL RR @234-254-256 Mtns to Suppress
3-05-cr-00076-04&07-RRB-JDR    Signed by Judge John D. Roberts    06/06/2006; Page 2 of 2