DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00076-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| BYRON WILLIAMS et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Deborah M. Smith, Acting United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned case on Lawrence D. Card, Asst. U.S. Attorney.  Assistant U.S. Attorney Crandon

Randell, is the lead attorney in this matter.

    RESPECTFULLY submitted this <u>13th</u> day of June, 2006, at Anchorage, Alaska.

                              DEBORAH M. SMITH
                              Acting United States Attorney

                              <u>s/ Lawrence D. Card</u>
                              Assistant U.S. Attorney
                              222 West 7th Ave., #9, Rm. 253
                              Anchorage, AK 99513-7567
                              Phone: (907) 271-5071
                              Fax: (907) 271-1500
                              E-mail: <u>larry.card@usdoj.gov</u>
                              Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**
I hereby certify that on June 13, 2006
a copy of the foregoing NOTICE was served electronically:

| | |
|---|---|
| **Scott Dattan** | Williams, Byron  (Def. 1) |
| **Herbert A. Viergutz** | Stuckey, Latonya (Def. 2) |
| **Sue Ellen Tatter** | Washington, Kevlin (Def. 3) |
| **Lance C. Wells** | Williams, Roderick  (Def. 4) |
| **David R. Weber** | Chaison, Tanya E.  (Def. 6) |
| **T. Burke Wonnell** | Roberds, Paula M.  (Def. 7) |
| **Charles Coe** | Kakaruk, Shirlee A.  (Def. 8) |

<u>s/ Lawrence D. Card</u>