T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:05-CR-76-7 RRB |
| | ) |
| Plaintiff, | ) **PROPOSED JURY INSTRUCTIONS** |
| | ) |
| vs. | ) |
| | ) |
| PAULA MARIE ROBERDS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

COMES NOW Defendant Paula Marie Roberds, by and through undersigned counsel, and hereby requests that the following pattern jury instructions from the 2003 edition of the Manual Of Model Criminal Jury Instructions For The District Courts Of The Ninth Circuit be submitted to the jury:

- Preliminary Intructions 1.1 – 1.12, 1.14

- Instructions At End of Case 3.0 – 3.2, 3.3 and/or 3.4, 3.5 – 3.11, 3.14

- Consideration Of Particular Evidence instructions 4.1, 4.3 (if appropriate), 4.9 (if appropriate)

- Specific Defenses instruction 6.5 (if appropriate), 6.9

- Jury Deliberations instructions 7.1 – 7.6

The undersigned could not locate a pattern jury instruction for the crime charged.  Therefore, Defendant submits the attached proposed jury instruction for Count 3.

RESPECTFULLY SUBMITTED this 15th day of June, 2006.

By: s/ T. Burke Wonnell_____
CJA Counsel for Defendant
Paula Marie Roberds
2600 Denali St., Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
E-mail:
tburkewonnell@alaska.net
AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were sent by electronic mail to:

Crandon Randell
Scott Dattan
Herbert A. Viergutz
Sue Ellen Tatter
Lance C. Wells
David R. Weber
Charles Coe

this 15th day of June, 2006.

_____s/ T. Burke Wonnell_____
T. BURKE WONNELL