INSTRUCTION NO. \_\_\_\_\_

Defendants Roderick O. Williams and Paula M. Roberds are charged in Count Three of the indictment with Maintaining drug involved premises in violation of Section 856(a)(1) of Title 21 of the United States Code.  In order for a defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant knowingly opened, leased, rented, used, or maintained a place; and

Second, the defendant's purpose for opening, leasing, renting, using, or maintaining the place was the manufacture, distribution, or use of a controlled substance.

In order for the government to prove this offense, it is insufficient to show merely that the defendant lived in the place and that illegal activity occurred there without also proving that the defendant deliberately maintained the place for the proscribed purpose.

[Authority for instruction: U.S. v. Tamez, 941 F.2d 770, 774 (9th Cir. 1991).]