IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BYRON WILLIAMS, a/k/a
"Felipe,"
RODERICK ONDRA WILLIAMS, a/k/a
"MC Rod," and
PAULA MARIE ROBERDS,

        Defendants.

Case No. 3:05-cr-0076-RRB

**VERDICT 7**

We, the Jury, duly impaneled and sworn to try the above-entitled cause, do find the Defendant, BYRON WILLIAMS, _Guilty_ (Guilty or Not Guilty) of the crime of Attempted Possession of a Controlled Substance with Intent to Distribute, in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B), and (b)(1)(C), as charged in Count 5 of the Indictment.

ENTERED this _30_ day of _June_, 2006.

REDACTED SIGNATURE

FOREPERSON