T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-CR-76-7 RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF FILING** |
| | ) | |
| vs. | ) | |
| | ) | |
| PAULA MARIE ROBERDS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

At trial, Defendant Roberds offered the attached jury instruction pertaining to her charges based upon U.S. v. Verners, 53 F.3d 291 (10th Cir. 1995). Copies of the instruction were provided to the Court and counsel. After argument, the Court declined to offer the instruction. It is believed that at that time the undersigned asked that the proposed instruction be made a part of the record, which request was not opposed by any party. In reviewing the Court's log notes from June 30, 2006, it is not clear that the proposed instruction was filed into the record. Defendant Roberds herewith files the instruction proposed on that morning.

RESPECTFULLY SUBMITTED this 7th day of July, 2006.

By: s/ T. Burke Wonnell_____
CJA Counsel for Defendant
Paula Marie Roberds
2600 Denali St., Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
E-mail:
tburkewonnell@alaska.net
AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were sent by electronic mail to:

Crandon Randell
Scott Dattan
Herbert A. Viergutz
Sue Ellen Tatter
Lance C. Wells
David R. Weber
Charles Coe

this 7th day of July, 2006.

_____s/ T. Burke Wonnell_____
T. BURKE WONNELL