INSTRUCTION NO. \_\_\_\_\_

The defendants, Paula Roberds and Roderick Williams, are charged in Count 3 of the Indictment with maintaining drug involved premise, in violation of Title 21, Section 856(a)(1) and (b) of the United States Code.  In order for the defendant Paula Roberds or the defendant Roderick Williams to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt as to each defendant:

First, that defendants Paula Roberds and/or Roderick Williams, did knowingly lease, rent, use, or maintain a place, located at 1303 West 23rd Avenue, #28, Anchorage, Alaska; and

Second, that defendant did so for the purpose of manufacturing, distributing, or using a controlled substance.

The United States does not have to prove that the purpose was the sole purpose for which the place was used, but the illegal purpose must be one of the primary or principal uses for which the place was used.

In order for the United States to prove this offense, it is insufficient to show merely that the defendant lived in the place and that illegal activity occurred there without also proving that the defendant deliberately maintained the place for

the proscribed purpose and was involved in that purpose to a significant degree.

[Authority for instruction: U.S. v. Tamez, 941 F.2d 770, 774 (9th Cir. 1991), U.S. v. Verners, 53 F.3d 291 (10th Cir. 1995).]