DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
e-mail: crandon.randell@usdoj.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00076-RRB |
| | ) | |
| Plaintiff, | ) | **RESPONSE TO MOTION** |
| | ) | **TO DISMISS PURSUANT TO** |
| vs. | ) | **RULE 29** |
| | ) | |
| PAULA MARIE ROBERDS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and submits this Response to defendant's motion to Dismiss pursuant to Rule 29.

Defendant renews her motion to dismiss based upon her view that the evidence, as to her, was "insufficient to sustain a conviction." Fed. R. Crim. P. 29. The government respectfully disagrees. Defendant was charged with a violation of 21 U.S.C. 856(a)(1), "knowingly open, lease, rent, use, or maintain any place, for the purpose of manufacturing distributing, or using any controlled substance."

The evidence showed that the apartment defendant shared with her boyfriend, Roderick Williams, was used to package and distribute cocaine.  *See Trial exhibits, 48-57.*  There was trial testimony from Shirlee Kakaruk that she purchased and consumed narcotics at defendant's apartment, and that defendant was present.  In addition, there was evidence presented through the case agent that defendant actively participated, as the wheel man, in her boyfriend's drug business.  It was defendant's purse which held the approximately $3,000 in drug proceeds.  Finally, defendant's spiral bound note book [Exhibit #59] contained drug related entries.  From all this evidence a rational jury could infer and find that defendant was guilty of using and maintaining her residence for distributing and using controlled substances.

RESPECTFULLY SUBMITTED this 11th day of July, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Crandon Randell
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: crandon.randell@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on July 11, 2006, a copy of the foregoing was served electronically on: Burke Wonnell.

s/ Crandon Randell