IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>PAULA MARIE ROBERDS,<br><br>       Defendant. | Case No. 3:05-cr-0076-RRB<br><br>**ORDER DENYING RENEWED MOTION TO DISMISS PURSUANT TO CRIMINAL RULE 29** |

      Before the Court at Docket 384 is Defendant Paula Marie Roberds with a Renewed Motion and Memorandum to Dismiss Pursuant to Criminal Rule 29. The Government filed its opposition at Docket 390. Defendant argues that the evidence presented at trial was "insufficient to sustain a conviction." The Court disagrees. There was ample evidence presented at trial for the jury to have concluded that Defendant was an active participant, along with her co-Defendant boyfriend, in knowingly renting, using, and/or maintaining the residence in question for the purpose of manufacturing, distributing, or using a controlled substance, and that her involvement was more than a minor role. Furthermore, although Defendant Roberds resided at the residence in question, there is ample evidence that one of its primary purposes was to

facilitate the manufacture, distribution, or use of a controlled substance and that Roberds was aware of this. Defendant's motion is therefore **DENIED**.

      ENTERED this 27th day of July, 2006.

                               /s/ RALPH R. BEISTLINE
                               UNITED STATES DISTRICT JUDGE