NELSON P. COHEN
United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone (907) 271-5071
Fax (907) 271-1500
email: crandon.randell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-76-7-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **SENTENCING MEMORANDUM** |
| ) | |
| PAULA MARIE ROBERDS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      COMES NOW Plaintiff United States of America, by and through counsel, and hereby submits this Sentencing Memorandum.

      Ms. Roberds stands convicted by jury of one count of Managing a Drug Involved Premises, in violation of U.S.C. §§ 846, 856(a)(1) and (b).

The Presentence Report (PSR) concludes that the total offense level is 9, which carries, with a criminal history category of III, an imprisonment range of 8 – 14 months. PSR, ¶ 67. This finding, however, is a departure from the draft PSR. In the draft, the probation officer took a different position, and determined that the base offense should be 16, based upon conversion of the seized funds ($3,415.00) into cocaine, i.e., approx 88 grams.[1] The reasoning behind the conversion of cash into cocaine was explained as stemming from inferences drawn from paragraphs 23-26 of Attachment A, which outlined the conduct of all the defendants in this case. The probation officer concluded that " . . . Roberds drove Roderick Williams as he engaged in what appeared to be a drug transaction. Immediately thereafter, over $3,000 in drug proceeds was found in Roberds' purse." *See* Draft PSR, ¶ 12.

The probation officer has now, in the face of defendant's objection to the characterization of $3,415.00 in cash folded up inside defendant's purse as being "drug proceeds", changed position, agreeing with defendant that "sufficient evidence does not exist to prove that the $3,415.00 seized from Roberds was derived from drug sales." Addendum to the Presentence Report, pg. 2. Well, where

---

[1] A total offense level of 16 would result in a guidelines range of 18 – 24 months. Draft PSR, ¶ 67.

2

then, did all that money come from? $3,400 is not chump change.[2] These people, Roberds and Williams, don't work at legitimate jobs. Williams was clearly and irrefutably a drug dealer, and drug dealers deal in cash. Counsel for defendant, in an attempt to skate around the $3,415.00 in cash, floated the proposition that Williams was pimping for his wife, and the mother of his child. The probation officer did not buy it, stating there "is no evidence which suggests that Roderick Williams "prostituted Roberds out." Addendum, pg. 3.

## Assessment

Paula Roberds, like the other female participants in this case, is a victim. But, like the others, a <u>willing</u> victim. Roberds, like the others, chose to ally herself with a brutal, controlling, and domineering man. The other ladies in this case are going to jail as a result of their poor decisions, and going to jail for periods of time considerably longer than what Roberds is looking at. There is nothing here that indicates that Roberds should be treated any differently, or more leniently, than others caught up in these same activities.

---

[2] If the commercial sex bill of fare described in PSR, ¶ 26 is a fair indication, Roberds was a busy young lady indeed.

3

Recommendation

The court must consider the guidelines as only advisory, and must take into consideration the factors set forth in 18 U.S.C. § 3553. Taking all factors into account, the government submits that a fair sentence would be 18 months, the bottom of the originally calculated range.

In addition, defendant should receive the maximum three year period of supervised release, as well as the $100 Special Assessment.

RESPECTFULLY SUBMITTED this 6th day of September, 2006, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Crandon Randell
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907)271-1500
email: crandon.randell@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on September 6, 2006 a copy of the foregoing was served electronically on:

T. Burke Wonnell

s/ Crandon Randell