RECEIVED
SEP 1 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA,       )
                                )    U.S.D.C. Case Number
            Plaintiff,          )    3:05-cr-76-7    (RRB)
                                )
    vs.                         )
                                )
                                )    NOTICE OF APPEAL
PAULA MARIE ROBERDS             )
                                )
                                )
            Defendant.          )

Notice is hereby given that __Paula Marie Roberds__ appeals to the Ninth Circuit Court of Appeals from the:

( X ) Conviction only (Fed. R. Crim. P. 32(b)).

(___) Conviction and sentence.

(___) Sentence only (18 U.S.C. § 3742).

Judgment was entered on this action on: __9/13/06__.

Sentence imposed: __12 months, 1 day__.

Transcript required (yes or no): __yes__. If yes, date ordered or to be ordered: __9/18/06__ (including arrangements for payment with court recorder).

Signature: [signed] Paula Roberds

Date: 9/13/06

(Rev 9/06)