UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

RECEIVED
OCT 27 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

U.S. Court of Appeals # _06-30511_    U.S. District Court # _3:05-CR-76-1-RRB_

Short Case Title _U.S. v. Paula M. Roberds_

Date Notice of Appeal Filed by Clerk of District Court _9/19/06_

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
|  |  | VOIR DIRE |
| 6/26/06 |  | OPENING STATEMENTS |
|  |  | SETTLEMENT INSTRUCTIONS |
| 6/30/06 |  | CLOSING ARGUMENTS |
| 6/30/06 |  | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS |
|  |  | OTHER |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered _9/19/06_    Estimated Date for Completion _____

Signature of Attorney _[signature]_    Phone Number _276-8008_

Address _2600 Denali St. #460_
_Anchorage, AK 99503_

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____    Due Date _____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____    Court Reporter's Signature _____