**FILED**

UNITED STATES COURT OF APPEALS

NOV 16 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30511 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00076-JDR |
| v. | District of Alaska, Anchorage |
| PAULA M. ROBERDS, | |
| Defendant - Appellant. | ORDER |

RECEIVED
NOV 2 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Court Recorder April Karper's motion for an extension of time to file the transcripts is granted. The transcripts are due December 29, 2006.

The opening brief is due February 7, 2007. The answering brief is due March 9, 2007, and the optional reply brief is due 14 days after service of the answering brief.

A copy of this order shall be provided to the court recorder at the district court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

pro 11.13