T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-CR-76-7 RRB |
| ) | |
| Plaintiff, ) | |
| ) | **NON-OPPOSED MOTION AND** |
| vs. ) | **MEMORANDUM TO DISMISS** |
| ) | |
| PAULA MARIE ROBERDS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW Defendant Paula Marie Roberds, by and through undersigned counsel, and hereby moves the Court to dismiss the above captioned case as it pertains to Defendant Roberds.  The Court of Appeals reversed Roberds' conviction on the basis of evidentiary insufficiency in appeal number 06-30512.  Reversal on this basis precludes retrial under the Double Jeopardy Clause of the Fifth Amendment.  See Burks v. U.S., 437 U.S. 1 (1978).  Accordingly, the Court ought to enter an order dismissing this case as it pertains to Defendant Roberds.  The undersigned spoke with Assistant United States Attorney Crandon Randell concerning this motion.  Mr. Randell agrees that the case ought to be dismissed.

RESPECTFULLY SUBMITTED this 19th day of November, 2007.

                                      T. BURKE WONNELL
                                      CJA Counsel for Defendant
                                      Paula Marie Roberds


                                By:_____/s/_____
                                    T. Burke Wonnell
                                    AK Bar No. 9610049


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that true and correct copies
of the foregoing were served by electronic mail on:

Crandon Randell, Esq.


this 19th day of November, 2007.


_____/s/_____
T. Burke Wonnell